Case #: 11-

## United States Bankruptcy Court
### DISTRICT OF *PUERTO RICO*

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GP WEST, INC.,**<br>**a Corporation** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **66-0705243** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**105 DE DIEGO AVENUE**<br>**San Juan PR** ZIPCODE **00909** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO BOX 12038**<br>**San Juan PR** ZIPCODE **00914-2038** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **SAME** | ZIPCODE |

**Type of Debtor** (Form of organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

_____

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other **REAL ESTATE RENTAL**

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [X]<br>1-49 | [ ]<br>50-99 | [ ]<br>100-199 | [ ]<br>200-999 | [ ]<br>1,000-<br>5,000 | [ ]<br>5,001-<br>10,000 | [ ]<br>10,001-<br>25,000 | [ ]<br>25,001-<br>50,000 | [ ]<br>50,001-<br>100,000 | [ ]<br>Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ]<br>$0 to<br>$50,000 | [ ]<br>$50,001 to<br>$100,000 | [ ]<br>$100,001 to<br>$500,000 | [ ]<br>$500,001<br>to $1<br>million | [ ]<br>$1,000,001<br>to $10<br>million | [X]<br>$10,000,001<br>to $50<br>million | [ ]<br>$50,000,001<br>to $100<br>million. | [ ]<br>$100,000,001<br>to $500<br>million | [ ]<br>$500,000,001<br>to $1 billion | [ ]<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ]<br>$0 to<br>$50,000 | [ ]<br>$50,001 to<br>$100,000 | [ ]<br>$100,001 to<br>$500,000 | [ ]<br>$500,001<br>to $1<br>million | [ ]<br>$1,000,001<br>to $10<br>million | [ ]<br>$10,000,001<br>to $50<br>million | [ ]<br>$50,000,001<br>to $100<br>million | [X]<br>$100,000,001<br>to $500<br>million | [ ]<br>$500,000,001<br>to $1 billion | [ ]<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): ***GP WEST, INC.,*** *a Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
|---|---|
| ☑ Exhibit A is attached and made a part of this petition | **X** _____ Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GP WEST, INC.,** <br> a Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed name of Foreign Representative)

_____

(Date)

### Signature of Attorney*

X *Eduardo J. Corretjer Reyes*
Signature of Attorney for Debtor(s)

**EDUARDO J. CORRETJER REYES USDC-PR 224113**
Printed Name of Attorney for Debtor(s)

**BUFETE ROBERTO CORRETJER** Piquer
Firm Name

**625 PONCE DE LEON AVENUE**
Address

San Juan PR  00917-4819

787-751-4618
Telephone Number

06/02/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**José Teixidor Méndez**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

06/07/2011
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *GP WEST, INC., a Corporation*

Case No. *11-*
Chapter *11*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 11,991,988.98 | | |
| B-Personal Property | Yes | 3 | $ 1,392,261.77 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 9,334,910.79 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 9,655.34 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 123,481,023.81 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | NO | 0 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 10 | $ 13,384,250.75 | $ 132,825,589.94 | |

In re _GP WEST, INC., a Corporation_        Case No. _11-_
_____
Debtor                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _José Teixidor Méndez_ _President_ of the _Corporation_
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _10_ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date: _6/ 7 /2011_          Signature
                                      Name: _José Teixidor Méndez_
                                      Title: _President_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re _GP WEST, INC._ _____ ,     Case No. _11-_ _____
          Debtor(s)                                                      (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| (1) PARCEL OF LAND (FOR RENT) OF 3,552.7183 SQ. MTS. LOCATED AT DE DIEGO AVENUE, NO. 105, CONDADO SAN JUAN, PUERTO RICO AT ACQUISITION COST | | | $ 8,741,988.98 | $ 8,741,988.98 |
| (2) RESIDENTIAL APARTMENTS FOR RENT (APARTMENTS #1702N, #1802N, #1902N, #2002N, #2102N, #1705N, #1905N, AND #1903) LOCATED AT GALLERY PLAZA CONDOMINIUM, DE DIEGO AVENUE, NO. 105, CONDADO SAN JUAN, PUERTO RICO AT ACQUISITION COST | | | $ 3,250,000.00 | $ 0.00 |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**     11,991,988.98

In re _GP WEST, INC._ _____,     Case No. _11–_____
_____Debtor(s)_____                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _BANCO POPULAR DE PUERTO RICO_ _CHECKING ACCOUNT NO. 367-047357_ _BALANCE AS OF 5/31/2011_ _Location: In debtor's possession_ | | $ 12,875.81 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re _GP WEST, INC._ _____, Case No. 11-_____

Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | _ACCOUNT RECEIVABLE_<br>_LOANS TO AFFILIATE - SWISS CHALET, INC._<br>_BOOK BALANCE AS OF 5/31/2011_<br>_Location: In debtor's possession_ | | $ 1,379,385.96 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |

In re __GP WEST, INC._____,    Case No. _11-_____
　　　　　　　　Debtor(s)                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current<br>Value<br>of Debtor's Interest,<br>in Property Without<br>Deducting any<br>Secured Claim or<br>Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.<br>Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not<br>already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 1,392,261.77 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _GP WEST, INC._ _____,  Case No. _11-_ _____
                          **Debtor(s)**                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: **1154** **Creditor # : 1** **CPG/GS PR NPL, LLC** **270 MUÑOZ RIVERA AVE.** **THIRD FLOOR** **San Juan PR 00918** | X | X **12/19/2007** **LONG TERM LOAN AND ACCRUED INTERESTS; COLLATERIZED BY REAL PROPERTY LISTED IN SCHEDULE A, AS ITEM NO. 1** Value: **$ 8,741,988.98** | X | X | X | **$ 9,334,910.79** | **$ 592,921.81** |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| No continuation sheets attached | | | | Subtotal $ *(Total of this page)* | | **$ 9,334,910.79** | **$ 592,921.81** |
| | | | | Total $ *(Use only on last page)* | | **$ 9,334,910.79** | **$ 592,921.81** |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re GP WEST, INC. _____,     Case No. 11-___
          **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   **continuation sheets attached**

In re GP WEST, INC. _____ ,     Case No. 11-_____
Debtor(s)              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1 DEPARTAMENTO DE HACIENDA DE PR BANKRUPTCY SECTION (424-B) PO BOX 9024140 San Juan PR 00902-4140 | | | 4/15/2011 SPECIAL TAX - LAW NO. 7 (PROPERTY TAXES) | | | | $ 9,655.34 | $ 9,655.34 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority |
|---|---|---|---|
| Subtotal $ (Total of this page) | 9,655.34 | 9,655.34 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 9,655.34 | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 9,655.34 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  GP WEST, INC.                                    ,      Case No. _11-_____
              **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1 ARNOLD BENUS SILVA PO BOX 4484 San Juan PR 00936 | | | 4/30/2011 DUE TO STOCKHOLDER (CASH LOANS RECEIVED FROM STOCKHOLDER) | | | | $ 123,390.00 |
| Account No: Creditor # : 2 B. FERNANDEZ INVESTMENT, CORP. PO BOX 363529 San Juan PR 00936 | | | 4/30/2011 DUE TO STOCKHOLDER (CASH LOANS RECEIVED FROM STOCKHOLDER) | | | | $ 613,305.00 |
| Account No: Creditor # : 3 CAMAPE S.E. PO BOX 2025 Las Piedras PR 00771 | | | 4/30/2011 DUE TO STOCKHOLDER (CASH LOANS RECEIVED FROM STOCKHOLDER) | | | | $ 613,305.00 |
| Account No: Creditor # : 4 CPG/GS PR NPL, LLC 270 MUÑOZ RIVERA AVE. THIRD FLOOR San Juan PR 00918 | X | | 4/30/2011 CO-DEBTOR IN AFFILIATE'S BANK LOANS - SWISS CHALET, INC. | X | X | X | $ 118,531,806.16 |

_1_ continuation sheets attached

Subtotal $  $ 119,881,806.16

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _GP WEST, INC._                                          ,          Case No. _11-_
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>_Creditor # : 5_<br>_GALLERY PLAZA CONDOMINIUM ASOC_<br>_105 AVE. DE DIEGO_<br>_San Juan PR 00911-3529_ | | 4/15/2011<br>_MAINTENANCE AND REPAIRS FEES_ | | | | $ 9,216.93 |
| Account No:<br><br>_Creditor # : 6_<br>_LATIMER, BIAGGI, RACHID_<br>_& GODREAU, LLP_<br>_PO BOX 9022512_<br>_San Juan PR 00902-2512_ | | 4/15/2011<br>_LEGAL FEES_ | | | | $ 16,250.00 |
| Account No:<br><br>_Creditor # : 7_<br>_SWISS CHALET, INC._<br>_PO BOX 12038_<br>_San Juan PR 00914_ | | 3/31/2011<br>_AMOUNT DUE FOR THE ACQUISITION OF_<br>_EIGHT (8) RESIDENTIAL APARTMENTS_<br>_LOCATED AT GALLERY PLAZA; LISTED ON_<br>_SCHEDULE A_ | | | | $ 3,250,000.00 |
| Account No:<br><br>_Creditor # : 8_<br>_SWISS CHALET, INC._<br>_PO BOX 12038_<br>_San Juan PR 00914_ | | 2/15/2006<br>_AMOUNT DUE FOR PAYMENTS MADE ON_<br>_BEHALF OF GP WEST, INC. DURING THE_<br>_PROJECT ACQUISITION_ | | | | $ 323,750.72 |
| Account No:<br><br> | | | | | | |
| Account No:<br><br> | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 3,599,217.65 |
|---|---|---|
| (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | **Total $** | $ 123,481,023.81 |

In re _GP WEST, INC._ _____ / Debtor    Case No. _11–_____
<span style="float:right">(if known)</span>

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _SUPERMERCADOS MAXIMO, INC._<br>_CENTRO DISTRIBUCION AMELIA_<br>_CALLE DIANA LOETE 43-4_<br>_Guaynabo PR   00968_ | Contract Type:_LAND LEASE AGREEMENT_<br>Terms: _ONE (1) YEAR WITH AUTOMATIC RENEWALS_<br>Beginning date:_9/11/2011_<br>Debtor's Interest:_Lessor_<br>Description:_PARCEL OF LAND OF 2,009.23 SQ. MTS. LOCATED AT DE DIEGO AVENUE, NO. 105, CONDADO, SAN JUAN, PUERTO RICO (USED AS PARKING SPACE OF SUPERMAX GROCERY STORE)_<br>Buyout Option:_YES_ |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re  *GP WEST, INC.*
    *a Corporation*

Case No. *11-*

Chapter *11*

_____ ,
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>CPG/GS PR NPL, LLC<br>270 MUÑOZ RIVERA AVE.<br>THIRD FLOOR<br>San Juan PR  00918 | Phone:<br>CPG/GS PR NPL, LLC<br>270 MUÑOZ RIVERA AVE.<br>THIRD FLOOR<br>San Juan PR  00918 | *BANK LOANS* | C<br>U<br>D | $ 127,866,716.95 |
| 2<br>LATIMER, BIAGGI, RACHID<br>& GODREAU, LLP<br>PO BOX 9022512<br>San Juan PR  00902-2512 | Phone: 787-724-0230<br>LATIMER, BIAGGI, RACHID<br>& GODREAU, LLP<br>PO BOX 9022512<br>San Juan PR  00902-2512 | *LEGAL FEES* | | $ 16,250.00 |
| 3<br>DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY SECTION (424-B)<br>PO BOX 9024140<br>San Juan PR  00902-4140 | Phone: 787-723-4315<br>DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY SECTION (424-B)<br>PO BOX 9024140<br>San Juan PR  00902-4140 | | Value:<br>Net Unsecured: | $ 9,655.34<br>$ 0.00<br>$ 9,655.34 |
| 4<br>GALLERY PLAZA CONDOMINIUM ASOC<br>105 AVE. DE DIEGO<br>San Juan PR  00911-3529 | Phone: 787-726-7741<br>GALLERY PLAZA CONDOMINIUM ASOC<br>BUSTILLO ASSOCIATES<br>105 AVE. DE DIEGO<br>San Juan PR  00911-3529 | *MAINTENANCE AND REPAIRS FEES* | | $ 9,216.93 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I,  José Teixidor Méndez                      ,   President        of the  _Corporation_      named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: 6/7/11

Signature _____

Name:  José Teixidor Méndez

Title:  President

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *GP WEST, INC., a Corporation*

Case No. *11*-
Chapter *11*

_____ / Debtor

Attorney for Debtor: *EDUARDO J. CORRETJER REYES*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ___*2*___ pages, is true, correct and complete to the best of my knowledge.

Date: _6|7|11_

Debtor

*Eduardo J. Corretjer Reyes*
*EDUARDO J. CORRETJER REYES*
*Attorney for the debtor(s)*
*625 PONCE DE LEON AVENUE*
*San Juan, PR 00917-4819*

GP WEST, INC.
105 DE DIEGO AVENUE
San Juan, PR  00909


EDUARDO J. CORRETJER REYES
625 PONCE DE LEON AVENUE
San Juan, PR  00917-4819


ARNOLD BENUS SILVA
PO BOX 4484
San Juan, PR  00936


B. FERNANDEZ INVESTMENT CORP.
PO BOX 363529
San Juan, PR  00936


CPG/GS PR NPL, LLC
270 MUÑOZ RIVERA AVE.
THIRD FLOOR
San Juan, PR  00918


CRIM
PO BOX 195387
San Juan, PR  00919-5387


DEPARTAMENTO DE HACIENDA DE PR
BANKRUPTCY SECTION (424-B)
PO BOX 9024140
San Juan, PR  00902-4140


JOSEPH PATRICK MCCLOSKEY DIAZ
PO BOX 195394
San Juan, PR  00919-5394


LATIMER, BIAGGI, RACHID
& GODREAU, LLP
PO BOX 9022512
San Juan, PR  00902-2512


LOURDES VAZQUEZ HUYKE
PO BOX 195394
San Juan, PR  00919-5394

PEDRO FELICIANO BENITEZ
PO BOX 2025
Las Piedras, PR  00771


SUPERMERCADOS MAXIMO, INC.
CENTRO DSITRIBUCION AMELIA
CALLE DIANA LOETE 43-4
Guaynabo, PR  00968


SWISS CHALET, INC.
PO BOX 12038
San Juan, PR  00914

# G.P. WEST, INC.
## CERTIFICATE OF CORPORATE RESOLUTION

The undersigned, Pedro Feliciano Benítez, Secretary of the Board of Directors of G.P. West, Inc., a corporation organized and existing under the laws of the Commonwealth of Puerto Rico (hereinafter referred to as the "Corporation"), does hereby certify that the following resolutions were duly adopted by unanimous consent of the Board of Directors of said Corporation on May 25th, 2011, and does further certify that the said resolutions are in full force and effect and unrescinded:

"RESOLVED, as it is hereby resolved, to authorize Mr. José Teixidor, President of the Corporation, and/or Mr. Joseph P. McCloskey, Vice-President of the Corporation, and/or Mr. Arnold Benus Silva, Director of the Corporation, to execute on behalf of the Corporation the following acts:

    (a) to execute all convenient and necessary documents related to the filing of a petition for bankruptcy on behalf of the Corporation before the U.S. Bankruptcy Court of the District of Puerto Rico;

    (b) to engage any and all legal and other professional services necessary to file and pursue said bankruptcy petition and any other legal remedies and causes of actions that the Corporation might have against any third parties;

FURTHER RESOLVED, that any of these officers and representatives of this Corporation and any other officer be, and the same are hereby authorized and empowered, individually, to take or cause to be taken all such further actions and to prepare, execute, deliver and/or file as appropriate, all instruments, documents and filings as he, they, or any of them, may deem necessary, desirable or appropriate to effect the intent of the foregoing resolution."

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation, in the City of San Juan, Puerto Rico, this 26th day of May 2011.

(Seal)

_____
Secretary

Affidavit number: - 1,734 -

Sworn and subscribed to before me by the above signed person, of legal age, single, and a resident of Las Piedras, Puerto Rico, in his capacity as Secretary of the Board of Directors of G.P. West, Inc., personally known to me, in San Juan, Puerto Rico, this 26th day of May, 2011.

_____
Notary Public

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re                                          *
                                               * Case No. 11-
GP WEST, INC.                                  *
                                               * Chapter 11
        Debtor                                 *
*****************************************

## STATEMENT PURSUANT TO RULE 2016(b)

The undersigned, pursuant to Federal Rule of Bankruptcy Procedure 2016(b), states that:

1.    The undersigned is the attorney for the Debtor in this case.

2.    The compensation paid or agreed to be paid by the Debtor to the undersigned is:

        a.    For legal services rendered or to be rendered in contemplation of or in connection with this case: $50,000.00;

        b.    Prior to the filing of this statement, Debtor has paid: $50,000.00;

        c.    The unpaid balance due and payable is: $0.00.

3.    $1,039.00 of the filing fee in this case has been paid.

4.    The services rendered or to be rendered include the following:

        a.    Analysis of the financial situation and rendering advice and assistance to the Debtor in determining whether to file a petition under title 11 of the U.S. Code;

        b.    Preparation and filing of the petition, schedules, statement of financial affairs, and other documents required by the Court;

        c.    Representation of the Debtor at the meeting of creditors.

5.    The source of payments made by Debtor to the undersigned was from wages, earnings, and compensation for services performed, and none other.

6.     The source of payments to be made by Debtor to the undersigned for the unpaid balance remaining, if any, will be from wages, earnings, and compensation for services performed, and none other.

7.     The undersigned has received no transfer, assignment, or pledge of property from Debtor except for the following for the value stated: None.

8.     The undersigned has not shared or agreed to share with any other entity, other than members of the undersigned's law firm, any compensation paid or to be paid, except as follows: None.

Dated: June 7, 2011.

BUFETE ROBERTO CORRETJER PIQUER
625 Ponce de León Ave.
San Juan, P.R. 00917-4819
Tel. 787-751-4618
Fax 787-759-6503
www.corretjerlaw.com

By:     s/ Eduardo J. Corretjer Reyes
        USDC-PR 224113
        E-mail: ejcr@corretjerlaw.com